THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02114-RPM

RICK BARNHART,

    Plaintiff,

v.

CAREFREE/SCOTT FETZER COMPANY,
a foreign corporation, d/b/a CAREFREE OF
COLORADO,

    Defendant.

___

ORDER EXTENDING DISCOVERY DEADLINES
___

    Upon consideration of the Parties' Stipulated Motion to Extend Discovery Deadlines, it is

    ORDERED that the motion is granted and the parties shall complete all discovery in this matter on or before September 30, 2008.

    DATED: August 29th, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch
                        Senior United States District Judge