IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02114-RPM

RICK BARNHART,

    Plaintiff,

v.

CAREFREE/SCOTT FETZER COMPANY, foreign corporation d/b/a
CAREFREE OF COLORADO,

    Defendant.

---

ORDER DENYING STIPULATED MOTION TO AMEND SCHEDULING ORDER

---

On September 22, 2008, the parties filed a Stipulated Motion to Amend Scheduling Order [14] to extend the time to file dispositive motions to September 30, 2008. The motion asserts that discovery was concluded on September 12, 2008, and that the parties have not received copies of the deposition transcripts. There is no indication as to the basis upon which either party may seek summary judgment in a case in which factual disputes are generally resolved through circumstantial evidence. It is anticipated that this case will be set for trial at a calendar call to be convened in the near future. Because the parties have not suggested any basis for a summary judgment motion, it is

ORDERED that the Stipulated Motion to Amend Scheduling Order is denied.

DATED: September 23rd, 2008

                                                        BY THE COURT:

                                                        s/Richard P. Matsch

                                                        _____

                                                        Richard P. Matsch, Senior District Judge