IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02114-RPM

RICK BARNHART,

     Plaintiff,

v.

CAREFREE/SCOTT FETZER COMPANY, foreign corporation d/b/a
CAREFREE OF COLORADO,

     Defendant.

---

## ORDER SETTING TRIAL DATE

---

Pursuant to the calendar call on December 5, 2008, it is

ORDERED that this matter is set for trial to jury on **May 11, 2009, at 9:00 a.m., with**

**counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second

Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

     DATED: December 5th, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge