IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02114-RPM

RICK BARNHART,

    Plaintiff,

v.

CAREFREE/SCOTT FETZER COMPANY, foreign corporation d/b/a
CAREFREE OF COLORADO,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION IN LIMINE

---

On December 4, 2008, the plaintiff filed a pleading designated "Plaintiff's Motion in Limine" and the defendant filed a response on December 22, 2008. There is no provision in the Federal Rules of Civil Procedure for the filing of a motion in limine. The plaintiff is attempting by its pleading to object to the admissibility of evidence at trial. Rulings on evidence offered at trial are made in the course of trial when oral objections are raised and not before trial with the exceptions of matters that require a *Daubert* ruling under Rule 702. Accordingly it is

    ORDERED that the plaintiff's motion in limine is denied.

    DATED: December 23rd, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge