IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              May 8, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02114-RPM

RICK BARNHART,                                          John F.X. McBride

    Plaintiff,

v.

CAREFREE/SCOTT FETZER COMPANY, foreign corporation,     Stephen D. Bell
d/b/a CAREFREE COLORADO,                                Jennifer N. Good

    Defendant.
_____

### COURTROOM MINUTES
_____

**Trial Preparation Conference**

**3:00 p.m.        Court in session.**

Court states it will determine economic damages at a separate equitable remedy hearing if there is a plaintiff's verdict and the jury will determine compensatory damages.

Court gives counsel its proposed statement of the case, verdict form and jury instructions. Counsel state no objections to Court's statement of the case.

Court states its trial practices and procedures.

**Court rules that the EEOC's notice of right to sue, probable cause determination and witness questionnaire and responses are inadmissable.**

**ORDERED:    Defendant's Motion in Limine (Amended), filed May 1, 2009 [29], is denied.**

    **Defendant's Motion to Exclude Witness Ron Barton - Amended, filed May 1, 2009 [28], is moot.**

    **Defendant's Motion in Limine and Incorporated Memorandum Of Law to Exclude Documents or Testimony Relating to Mr. Barnhart's EEOC Charge and the EEOC Investigation or Reports Realting to That Charge**, filed **May 1, 2009 [25] is resolved pursuant to Court's ruling made during the conference.**

Court instructs counsel shall prepare a combined witness list.

**3:25 p.m.        Court in recess.**        Hearing concluded. Total time: 25 min.