IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-02114-RPM

Filed 5-13-2009

RICK BARNHART,

    Plaintiff,

v.

CAREFREE / SCOTT FETZER COMPANY, a foreign corporation,
d/b/a CAREFREE OF COLORADO,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on May 11, 2009, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this /3 day of May 2009.

                        BY THE COURT:

                        _____
                        Richard P. Matsch, Senior District Judge
                        United States District Court

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF                   ATTORNEY FOR DEFENDANT